**THE LAW OFFICE OF**
**ELISA HYMAN, P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023

August 31, 2023

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.    9/1/2023

Re:   *E.M. et al. v. NYC Dep't of Educ., et al.*, No. 1:22-cv-5140 (JLR)(KHP)

Dear Judge Parker:

    I represent the Plaintiffs in the above-referenced case. I am writing jointly on behalf of both parties to request a one-week extension of time to September 8, 2023, to submit a status letter to the Court on settlement which is currently due today. The parties need this additional time to be able to provide a substantive update to the Court including status of tuition payment (which was agreed upon but not yet paid) and status of attorney's fees settlement efforts.

    Thank you in advance for Your Honor's consideration of this request.

                                              Sincerely,

                                              */s/ Elisa Hyman*
                                              _____
                                              Elisa Hyman
                                              Counsel for the Plaintiffs

Cc: Counsel of record *via* ECF