```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
E.M.,

                Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
----------------------------------------------------------------X

22-CV-5140 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On September 8, 2023, the parties advised the Court that they were "on track to settle this case, with only the fees claim unresolved." (ECF No. 33.) The Court then directed the parties to file another joint status letter regarding the status of settlement negotiations by November 7, 2023. (ECF No. 34.) No such status letter was filed. Accordingly, by **February 13, 2024**, the parties shall file either (i) a notice of voluntary dismissal or (ii) a status letter updating the Court as to the status of settlement negotiations and stating when the parties anticipate settlement will be finalized.

        **SO ORDERED.**

DATED:    New York, New York
             February 6, 2024

                                                        */s/ Katharine H. Parker*
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge