```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
E.M.,

                              Plaintiff,                      22-CV-5140 (PGG) (KHP)

      -against-                                                      **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On February 13, 2024, the parties sought leave to file a status letter by February 20, 2024, concerning the status of settlement. The Court granted leave, but no such status letter was filed. Accordingly, by **October 23, 2024**, the parties shall file a joint letter updating the Court on the status of the case. If the parties have not settled the case, motions for summary judgment are due **Monday, December 9, 2024**. Oppositions to any motion for summary judgment are due **Wednesday, January 8, 2025**, and replies are due **Wednesday, January 22, 2025**.

        SO ORDERED.

DATED:     New York, New York
                October 9, 2024

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge